Jonathan M. BURTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63790.

Missouri Court of Appeals,
Western District.

Nov. 23, 2004.

Mark A. Grothoff Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

## *ORDER*

PER CURIAM.

Jonathan M. Burton appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The motion court's judgment is affirmed. Rule 84.16(b).